No. 73–1413. STAATS, COMPTROLLER GENERAL, ET AL. *v.* AMERICAN CIVIL LIBERTIES UNION, INC., ET AL. Appeal from D. C. D. C. Motion of National Association of Broadcasters for leave to file a brief as *amicus curiae* granted. Probable jurisdiction noted.

No. 73–1380. CHEMEHUEVI TRIBE OF INDIANS ET AL. *v.* FEDERAL POWER COMMISSION ET AL.;

No. 73–1666. ARIZONA PUBLIC SERVICE CO. ET AL. *v.* CHEMEHUEVI TRIBE OF INDIANS ET AL.; and

No. 73–1667. FEDERAL POWER COMMISSION *v.* CHEME-HUEVI TRIBE OF INDIANS ET AL. C. A. D. C. Cir. Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument.

No . 73–1596. HAMPTON, CHAIRMAN, U. S. CIVIL SERVICE COMMISSION, ET AL. *v.* MOW SUN WONG ET AL. C. A. 9th Cir. Motion of respondents for leave to proceed *in forma pauperis* and certiorari granted.

No. 73–1451. DILORENZO *v.* UNITED STATES;

No. 73–6361. SALLI *v.* UNITED STATES; and

No. 73–6377. RIZZO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.